UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MARY BOTTINI, etc.,

    Plaintiff,

v.                              CASE NO. 8:13-CV-365-T-17AEP

GEICO GENERAL
INSURANCE COMPANY,

    Defendant.

_____/

ORDER

This cause is before the Court on:

Dkt. 78    Motion for Partial Summary Judgment (Geico)
Dkt. 88    Response
Dkt. 91    Motion for Leave to File Reply

The Court has granted Plaintiff's Motion for Partial Summary Judgment (Dkt. 99) as to the binding effect of the verdict in the Underlying Action, and has denied Defendant's Motion for Reconsideration (Dkt. 107). The Court adopts and incorporates those Orders, and therefore denies Defendant's Motion for Partial Summary Judgment. Accordingly, it is

**ORDERED** that Defendant's Motion for Partial Summary Judgment (Dkt. 78) is **denied**, and the Motion for Leave to File Reply (Dkt. 91) is **denied as moot**.

Case No. 8:13-CV-365-T-17AEP

**DONE and ORDERED** in Chambers, in Tampa, Florida on this 19th day of December, 2014.

ELIZABETH A. KOVACHEVICH
United States District Judge

Copies to:
All parties and counsel of record