UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MARY BOTTINI, etc.,

      Plaintiff,

v.                                           CASE NO. 8:13-CV-365-T-17AEP

GEICO GENERAL
INSURANCE COMPANY,

      Defendant.

_____/

ORDER

This cause is before the Court sua sponte. In the Order denying Motion for Reconsideration (Dkt. 107), the Court certified the disputed issue of the binding effect of the jury verdict in the Underlying Action for interlocutory appeal. The Court has removed this case from the trial calendar for February, 2015, and stays this case pending resolution of the interlocutory appeal that the Court expects to be filed. Accordingly, it is

**ORDERED** that this case is **removed** from the trial calendar for February, 2015, and **stayed** until resolution of the expected interlocutory appeal.

Case No. 8:13-CV-365-T-17AEP

**DONE and ORDERED** in Chambers, in Tampa, Florida on this 22nd day of December, 2014.

ELIZABETH A. KOVACHEVICH
United States District Judge

Copies to:
All parties and counsel of record